**ORDERED.**

# TIFFANY & BOSCO
## P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50334/2005210257

**Dated: February 16, 2010**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Randall E. Reed<br>       Debtor.<br>_____<br>CitiMortgage, Inc.<br>       Movant,<br>  vs.<br>Randall E. Reed, Debtor, Gayle E. Mills, Trustee.<br>       Respondents. | No. 4:09-BK-29187-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #12) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> LOT 86, RAINBOW SPRINGS, DIVISION NO.2, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 27 OF PLATS, PAGES 3, 4 AND 5, RECORDS OF SNOHOMISH COUNTY, WASHINGTON, TOGETHER WITH EASEMANT FOR SEPTIC DRAINFIELD AS GRANTED BY INSTRUMENT RECORDED UNDER AUDITOR'S FILE NO. 9610180487. SITUATE IN THE COUNTY OF SNOHOMISH, STATE OF WASHINGTON.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.